## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

**FILED**

JUN 1 6 2020

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | Case No. **CR 20-156** HE |
| | ) | |
| **CHANCE RALLS,** | ) | **Violations:** 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(d) |
| **Defendant.** | ) | 28 U.S.C. § 2461(c) |

### I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT 1
### (Felon in Possession of a Firearm)

On or about March 16, 2020, in Oklahoma County, within the Western District of

Oklahoma,

----------------------------------------- **CHANCE RALLS,** -----------------------------------------

with knowledge that he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a

Savage, model 64, .22 semi-auto rifle, bearing serial number 2304033, which was in and

affecting interstate commerce in that said firearm had previously crossed state lines to reach

the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for

which is found at Title 18, United States Code, Section 924(a)(2).

## **FORFEITURE**

The allegation contained in this Indictment is hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Indictment, **CHANCE RALLS** shall forfeit to the United States any and all firearms and/or ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. a Savage, model 64, .22 semi-auto rifle, bearing serial number 2304033; and

2. any and all ammunition and magazines not specifically listed.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*Tanya Parsells*

FOREPERSON OF THE GRAND JURY

TIMOTHY J. DOWNING
United States Attorney

STANLEY J. WEST
Assistant United States Attorney